# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-984-029**

**Effective Date of Registration:**
April 15, 2016

## Title

       **Title of Work:**  Criminal

      **Nature of Claim:**  Motion Picture

## Completion/Publication

    **Year of Completion:**  2016
  **Date of 1st Publication:**  April 07, 2016
**Nation of 1st Publication:**  Israel
        **Preregistration:**  PRE000008521

## Author

-            **Author:**  Criminal Productions Inc.
        **Author Created:**  Entire Motion Picture
    **Work made for hire:**  Yes
           **Domiciled in:**  United States
            **Anonymous:**  No
         **Pseudonymous:**  No

## Copyright Claimant

  **Copyright Claimant:**  Criminal Productions Inc.
                                   318 N. Carson Street #208, Carson City, NV, 89701

## Limitation of copyright claim

**Material excluded from this claim:**  Criminal Motion Picture Screenplay - PAu 3-772-954 - Registered July 31 2014
        **Previously registered:**  Yes
**Basis of current registration:**  This is the first published edition of a work prev. registered as unpublished.

**New material included in claim:**  All other cinematographic material additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification

                    **Name:**  Michael A. Hierl
                      **Date:**  April 14, 2016

**EXHIBIT 1**

**Correspondence:**   Yes

